```
 1  Sara A. Simmons, Esq.   (SB# 087029)
    Michael T. Stone, Esq.   (SB# 058408)
 2  LAW OFFICES OF SARA A. SIMMONS, APC
    4040 Civic Center Drive, Suite 200
 3  San Rafael, CA 94903-4150
    Telephone:    (415) 259-6600
 4  Facsimile:    (415) 259-6616
    e-mail:       sara@simmlaw.com
 5
 6  Attorneys for Defendant
    Federal Express Corporation
 7
```

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JOE SHAW, | ) Case No.   C 09-00965 JCS |
| 13         Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] |
| 14     v. | ) ORDER EXTENDING MEDIATION<br>) SESSION 2, DEADLINE |
| 15  FEDERAL EXPRESS CORPORATION, and | ) |
| 16  DOES 1 to 25, Inclusive, | ) Complaint filed:    January 29, 2009 |
| 17         Defendants. | ) Trial Date:           July 12, 2010 |
| 18 | ) |

19

20    The parties, by and through their respective counsel, respectfully request that this Court

21 extend the presently set deadline for the Mediation session 2, from January 31, 2010 to and

22 including February 9, 2010.

23    In support of the requested extension, the parties submit, agree and stipulate as follows:

24    1.   Mediation session 2, has been set for February 9, 2010, and good cause exists for the

25         requested extension since the parties, counsel and Mediator Arnold B. Haims, Esq., had

26         calendaring conflicts prior to January 31, 2010.

27

28

- 1 -

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING MEDIATION DEADLINE

Case No. C 09-00965 JCS

2. With Mediation session 2 on February 9, 2010, the primary insurer representative for Defendant Federal Express Corporation, Global Aerospace Vice President Christopher Trapani, Esq., will be able to personally attend from Parsippany, New Jersey.

3. No other dates set by this Court will be affected by extending the Mediation session 2 deadline:

    (a) expert disclosures were made on January 15, 2010;

    (b) an updated Joint Case Management Conference Statement will still be filed by February 2, 2010; and,

    (c) the parties will still attend the February 12, 2010 Further Case Management Conference.

4. The parties do not request a continuance or change of any other dates previously set by this Court.

IT IS SO STIPULATED:

Date: January 26, 2010        LAW OFFICES OF SARA A. SIMMONS, APC

By: _____/s/_____
    Sara A. Simmons
    Attorneys for Defendant
    Federal Express Corporation

Date: January 26, 2010        LAW OFFICE OF GOFORTH & LUCAS

By:_____/s/_____
    Michael D. Goforth
    Attorneys for Plaintiff
    Joseph H. Shaw

1   IT IS SO ORDERED.

2

3   Dated: Jan. 26, 2010    _____

4   JOSEPH C. SPERO
    United States Magistrate Judge



- 3 -

STIPULATION AND PROPOSED ORDER EXTENDING MEDIATION DEADLINE

Case No. C 09-00965 JCS