UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE SHAW,                                                              No. C 09-00965 JCS

          Plaintiff(s),

          v.                                                                      **ORDER OF DISMISSAL**

FEDERAL EXPRESS,

          Defendant(s).

_____/

        The Court having been advised that the parties have agreed to a settlement of this case,

        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

        IT IS SO ORDERED.

Dated: February 12, 2010

                                                  JOSEPH C. SPERO
                                                United States Magistrate Judge